NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS C. VAUGHAN, DOC #551837,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D18-3687
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed August 7, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Barbara Twine
Thomas, Judge.

LaROSE, Judge.

        We affirm the postconviction court's order granting in part and denying in part Thomas Vaughan's motion filed under Florida Rule of Criminal Procedure 3.800(a). We remand, however, for correction of a scrivener's error. The judgments in case numbers 02-CF-8680, 8681, 8682, 8857, 8916, and 8917 should reflect that Mr. Vaughan was convicted of robbery with a deadly weapon.

        Affirmed; remanded with instructions.

VILLANTI and ROTHSTEIN-YOUAKIM, JJ., Concur.